# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | CRIMINAL NO. 19 CR 290 |
| § | |
| V. § | |
| § | |
| ADRIANA GRANADOS § | |
| a/k/a ADRIANA CANAS § | |

United States Courts
Southern District of Texas
FILED

## INDICTMENT

APR 17 2019

THE GRAND JURY CHARGES THAT:

David J. Bradley, Clerk of Court

At all times material to this Indictment:

### COUNT ONE
### Embezzlement from a Federally Insured Bank
### (18 U.S.C. § 656)

From in or about June 2012, and continuing through in or about December 2015, in the Houston Division of the Southern District of Texas and elsewhere the defendant,

**ADRIANA GRANADOS a/k/a ADRIANA CANAS**

being an employee of BBVA Compass Bank, a financial institution the deposits of which were then insured by the Federal Deposit Insurance Corporation, with the intent to defraud BBVA Compass Bank, did

1

knowingly embezzle, abstract, purloin, and willfully misapply funds entrusted to the care of the BBVA Compass Bank, with a value in excess of $1,000, to wit, more than $150,000 in United States funds.

In violation of Title 18, United States Code, Section 656.

## NOTICE OF CRIMINAL FORFEITURE
## 18 U.S.C. § 982(a)(2)(A)

Pursuant to Title 18, United States Code, Section 982(a)(2)(A), the United States gives notice to defendant **ADRIANA GRANADOS a/k/a ADRIANA CANAS** that in the event of conviction of the embezzlement offense alleged in Count One of this Indictment, the United States intends to seek forfeiture of any property constituting or derived from proceeds obtained, directly or indirectly, as the result of such violation.

### Money Judgment and Substitute Assets

The United States gives notice that it will seek a money judgment against the Defendant. In the event that one or more conditions listed in Title 21, United States Code, Section 853(p) exist, the United States will seek to forfeit any other property of the Defendant up to the amount of the money judgment.

A TRUE BILL

Original signature on File
FOREPERSON OF THE GRAND JURY

RYAN K. PATRICK
United States Attorney

By: *Belinda Beek*

Belinda Beek
Assistant United States Attorney
(713) 567-9721